

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-15-00124-CR

Hector **RAMIREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant has filed a written response showing that he had paid the fee for the reporter's record. The court reporters have now filed their respective reporter's record. We therefore ORDER appellant to file his brief on or before June 8, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court